IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CHARLES W. RUE**　　　　　　　　　　　　　　　　　**PLAINTIFF**
**#48738**

v.　　　　　　　　No: 3:20-cv-279 DPM

**KEITH BOWERS, Admin, Craighead County**
**Detention Center**　　　　　　　　　　　　　　　　**DEFENDANT**

## ORDER

1. The Court withdraws the reference.

2. Rue hasn't paid the filing and administrative fees or filed a complete application to proceed *in forma pauperis*; and the time to do so has passed. *Doc. 3*. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 October 2020