IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CHARLES W. RUE                                                    PLAINTIFF
#48738

v.                          No: 3:20-cv-279 DPM

KEITH BOWERS, Admin, Craighead County
Detention Center                                                  DEFENDANT

## JUDGMENT

Rue's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

20 October 2020